IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

HERBERT APONTE,

    Petitioner,

v.

JUDGE ARTHUR ZUCICK, *et al.*,

    Respondent.

NO. 3:15-CV-01154

(JUDGE CAPUTO)

(MAGISTRATE JUDGE SAPORITO)

### ORDER

**NOW**, this 29th day of October, 2015, upon review of the Report and Recommendation of Magistrate Judge Saporito (Doc. 6) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation (Doc. 6) is **ADOPTED in its entirety**.

(2) Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **DISMISSED without prejudice** to the Petitioner's right to seek pre-authorization from the Third Circuit Court of Appeals under 28 U.S.C. § 2244(b)(3).

(3) No certificate of appealability shall issue due to Petitioner's failure to demonstrate a substantial showing of the denial of a constitutional right.

(4) Petitioner shall immediately inform the Court of any change in his current address in accordance with Local Rule 83.18.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge